AUSA:   William Orr            Telephone:  (989) 895-5712
Special Agent:   Kyle McGraw            Telephone:  (313) 268-0449

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
    v.

Germayne Hendrake Buckner Jr

Case: 2:23−mj−30258
Assigned To : Unassigned
Assign. Date : 6/22/2023
CMP: SEALEDMATTER (MAW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 1, 2023 _____ in the county of _____ Saginaw _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(o) | Unlawful possession of a machinegun |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kyle McGraw, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ June 22, 2023 _____

City and state:  Detroit, Michigan

_____
*Judge's signature*

Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Kyle McGraw, being first duly sworn, hereby depose and state as follows:

## EXECUTIVE SUMMARY

1.      The Bureau of Alcohol, Tobacco, Firearms, and Explosives is conducting an investigation into the arrest of Germayne Hendrake BUCKNER Jr. by the Bridgeport Township Police Department on June 1, 2023. BUCKNER was found to be in possession of a Glock pistol that was equipped with a "Glock Switch" or "auto sear," which, when installed on a compatible semiautomatic handgun, convert the handgun into a machinegun under federal law. Based on the information in this affidavit there is probable cause to believe that on June 1, 2023, BUCKNER was in violation of 18 U.S.C. §922(o).

## INTRODUCTION AND BACKGROUND

2.      I am a Special Agent employed with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), U.S. Justice Department, and have been so employed since November 7, 2016. I successfully completed the Criminal Investigations Training Program (CITP) at the Federal Law Enforcement Training Center (FLETC), Brunswick, Georgia. I also completed the Bureau of Alcohol, Tobacco, Firearms and Explosives Special Agent Basic Training (SABT) National Training Academy conducted in Brunswick, Georgia. During these courses of study, I received training in the investigation of federal firearm and narcotics

1

violations. Previously, I was a certified law enforcement officer in Michigan with the City of Saginaw Police Department and the Saginaw Township Police Department for a total of five years. During which time, I spent two years on the Bay Area Narcotics Enforcement Team (BAYANET) enforcing state narcotics and firearms violations. I personally investigated and assisted in numerous cases, which led to search warrants, arrests, prosecutions, and the seizure of large quantities of narcotics and firearms. During my employment with ATF, I have conducted or participated in investigations related to the possession and manufacture of firearms and narcotics in violation of Titles 18, 21, and 26 of the United States Code.

3.     I make this affidavit from personal knowledge based on my participation in this investigation, communications with the Bridgeport Township Police Department, and others who have personal knowledge of the events and circumstances described herein, and information gained through my review of relevant documents related to this investigation. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

4.     I am currently investigating Germayne Hendrake BUCKNER, date of birth XX/XX/2004, for violation of Title 18 U.S.C. §922(o) – Possession of a machinegun.

2

## PROBABLE CAUSE

5.      On June 1, 2023, officers with the Bridgeport Township Police Department were working a graduation event at Bridgeport High School located at 4691 Bearcat Rd., Bridgeport, MI 48722. After the graduation ceremony had concluded, officers were observing the individuals departing the event and hanging out at the venue taking photographs as they were leaving. Ofc. Skabardis of the Bridgeport Township Police Department observed people starting to fight. He then observed a subject in dark clothing reaching for his waistband as if he was reaching for a gun. Ofc. Skabardis gave chase as the subject ran behind a limousine away from law enforcement but was apprehended. A pat down was conducted on the subject and a firearm was found in his left pant leg. The subject was then identified as Germayne Hendrake BUCKNER Jr. (DOB: XX/XX/XX04).

6.      The firearm was identified as a Glock Model 27, .40 caliber, bearing serial number SUR637. The firearm was found to have 22 live rounds of .40 caliber ammunition in the magazine. The firearm was also observed to have a "Glock Switch" installed, which is known to modify the firearm to fire fully automatic, rather than semi-automatic, as it was originally manufactured. The firearm serial number was also ran through the Michigan Law Enforcement Information Network and shown stolen out of the Bay County Sheriff Department in 2018.

3



7.      A "Glock switch" or "switch" or auto sear, is a mechanism that can be attached to the backplate of the slide of a Glock pistol. Glock pistols are designed to fire semi-automatic, which is defined as one projectile being fired from a firearm with each single pull of the trigger. Inside a Glock pistol is a mechanical part identified as a sear which stops the pistol from firing more than one round with each trigger pull. When the "Glock switch" or auto sear is inserted into the backplate of the Glock pistol it allows for the mechanical sear inside the firearm to not engage, thus making the pistol fire fully automatic or as a machinegun as defined in the paragraph above. Glock Inc. has informed ATF agents they do not, and have never manufactured, these devices.

8.      Based on the foregoing, I have probable cause to believe that on June 1, 2023, in the Eastern District of Michigan, Germayne Hendrake BUCKNER, was

in possession of a machinegun, in violation of Title 18 United States Code, Section §922(o).

Respectfully submitted,

Kyle McGraw, Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means on _____June 22, 2023_____.

ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE JUDGE

5